**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

COMCAST CABLE
COMMUNICATIONS HOLDINGS, INC.,
a Delaware Corporation; MOC HOLDCO
II, INC., a Delaware Corporation; TIME
WARNER CABLE INC., a Delaware
Corporation; KBL CABLESYSTEMS OF
MINNEAPOLIS LIMITED
PARTNERSHIP, a Minnesota Limited
Partnership, d/b/a Time Warner Cable; and
CABLE HOLDCO II, INC., a Delaware
Corporation,

Civil File No. 06-CV-986 JRT/AJB

**ORDER FOR JUDGMENT**

Plaintiffs,

v.

CITY OF MINNEAPOLIS, a Minnesota
municipal corporation,

Defendant.

---

Robert E. Cattanach, Robert G. Scott Jr., Sarah J. Kerbeshian and Shannon M. Hein, **DORSEY & WHITNEY LLP**, 50 South Sixth Street Suite 1500, Minneapolis, MN 55402, for plaintiffs Comcast Cable Communications Holdings, Inc. and MOC Holdco II, Inc.

David P. Pinto, Randy Tietjen and Stephen P. Safranski, **ROBINS KAPLAN MILLER & CIRESI LLP**, 800 LaSalle Avenue Suite 2800, Minneapolis, MN 55402, and Henk Brands**, PAUL, WEISS, RIFKIND, WHARTON & GARRISON**, 1615 L Street, North West, Suite 1300, Washington, DC 20036, for plaintiffs Time Warner Cable, Inc. and Cable Holdco II, Inc.

Charles N. Nauen, Gregory J. Myers and William A. Gengler, **LOCKRIDGE GRINDAL NAUEN P.L.L.P.**, 100 Washington Avenue South, Suite 2200, Minneapolis, MN 55401, and Jay Michael Heffern and Peter W. Ginder, **MINNEAPOLIS CITY ATTORNEY'S OFFICE**, 333 South Seventh Street Suite 300, Minneapolis, MN 55402 for defendant.

Based on the parties' Stipulation of Dismissal with Prejudice (Docket No. 41), IT IS HEREBY ORDERED:

1. Plaintiffs' causes of action against defendant City of Minneapolis in the above-captioned action are dismissed with prejudice and without costs to any party based on the terms of the Settlement Agreement attached hereto as Exhibit A and incorporated herein.

2. The United States District Court for the District of Minnesota shall retain exclusive jurisdiction to resolve any dispute arising from the Settlement Agreement or its breach that is not timely resolved by the parties themselves or by the parties with the assistance of a mediator as provided in the Settlement Agreement.

LET JUDGMENT BE ENTERED ACCORDINGLY.


DATED: July 28, 2006
at Minneapolis, Minnesota.

                                                             s/John R. Tunheim
                                                          JOHN R. TUNHEIM
                                                   United States District Judge